No. 73–5503. SMITH v. ALASKA. Sup. Ct. Alaska. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari.

No. 73–5512. NELSON v. JOHNSON, WARDEN. C. A. 6th Cir. Motion to defer consideration of petition and certiorari denied.

No. 72–1531. NASH v. UNITED STATES, ante, p. 823;

No. 72–1537. KERSHAW v. BROOKS ET AL., ante, p. 824;

No. 72–1546. MOORE v. KENTUCKY, ante, p. 865;

No. 72–1618. GIMELSTOB v. UNITED STATES, ante, p. 828;

No. 72–1625. ALL ET AL. v. NORTH CAROLINA, ante, p. 866;

No. 72–1638. CRAVEN v. UNITED STATES, ante, p. 866;

No. 72–1685. OWEN v. OWEN, ante, p. 830;

No. 72–1687. MILLER v. UNITED STATES, ante, p. 830;

No. 72–1721. WAINWRIGHT, CORRECTIONS DIRECTOR v. COTTLE, ante, p. 895;

No. 72–1736. WHITE v. GEORGIA, ante, p. 886;

No. 72–6281. McMASTER v. CONNETT, WARDEN, ante, p. 814;

No. 72–6533. BEESON v. KASSOS ET AL., ante, p. 833;

No. 72–6589. DISBROW v. UNITED STATES, ante, p. 869;

No. 72–6596. DAPPER v. O'CONNOR ET AL., ante, p. 835;

No. 72–6822. ALERS v. SOTO, JUDGE, ante, p. 892;

No. 72–6832. LONG v. GAMMILL ET AL., ante, p. 805;

No. 72–6867. HARRELSON v. UNITED STATES, ante, p. 847; and

No. 72–6875. OLDEN v. McCARTHY, MEN'S COLONY SUPERINTENDENT, ante, p. 847. Petitions for rehearing denied.